# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin <br><br> *Plaintiff(s)* <br> v. <br><br> Gregory Seabolt, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21 CV 906 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHERIFF GREGORY SEABOLT
Randolph County Office Building,
727 McDowell Rd, Asheboro, NC 27205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin <br><br> *Plaintiff(s)* <br> v. <br><br> Gregory Seabolt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:21 CV 906 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEVEN MYERS
Randolph County Office Building,
727 McDowell Rd, Asheboro, NC 27205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin<br><br>*Plaintiff(s)*<br>v.<br><br>Gregory Seabolt, et al.<br><br>*Defendant(s)* | Civil Action No. 1:21 CV 906 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EDWARD SLAFKY
1493 Ridgewood Cir
Asheboro, NC 27203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin <br><br> *Plaintiff(s)* <br> v. <br><br> Gregory Seabolt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:21 CV 906 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TRAVIS SHORT
5486 Tobacco Rd.
Trinity, NC 27370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

November 30, 2021
Date

/s/ Alexus Carter
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Ka'lah (Kalah) Martin | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:21 CV 906 |
| Gregory Seabolt, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KYLE GABBY
4281 Cross Creek RD.,
Asheboro, NC 27205-1831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Taylor Dant, Esq.
      24 NW CT SQ Unit 202
      Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin <br><br> *Plaintiff(s)* <br> v. <br><br> Gregory Seabolt, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21 CV 906 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRAVIS COX
712 Mountain Rd.,
Asheboro, NC 27205-4224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin<br><br>*Plaintiff(s)*<br>v.<br><br>Gregory Seabolt, et al.<br><br>*Defendant(s)* | Civil Action No. 1:21 CV 906 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEREMIAH HARRELSON
619 S. Main Street
Stanley, NC 27355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| | |
|---|---|
| John S. Brubaker<br>Clerk | November 30, 2021<br>Date |
| /s/ Alexus Carter<br>Deputy Clerk | |

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin<br><br>*Plaintiff(s)*<br>v.<br><br>Gregory Seabolt, et al.<br><br>*Defendant(s)* | Civil Action No. 1:21 CV 906 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ERIC WEAVER
1818 Medfield Rd.,
Raleigh, NC 27607-4730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Dant, Esq.
24 NW CT SQ Unit 202
Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Alexus Carter
Deputy Clerk

November 30, 2021
Date

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ka'lah (Kalah) Martin <br><br> *Plaintiff(s)* <br> v. <br><br> Gregory Seabolt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:21 CV 906 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* STEVE SHAWVER SR
9164 Hinshaw Shop Rd.
Liberty NC, 27298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Taylor Dant, Esq.
      24 NW CT SQ Unit 202
      Graham, NC 27253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker                                                                                        November 30, 2021
Clerk                                                                                                          Date

/s/ Alexus Carter
Deputy Clerk