UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:21-cv-00906-LCB-LPA

KA'LAH (KALAH) MARTIN,

        Plaintiff,

v.

GREGORY SEABOLT, et al.,

        Defendants.

**ACCEPTANCE OF SERVICE**

Pursuant to Federal Rule Civil Procedure 4, Defendants Gregory Seabolt, Steven W. Myers, Edward Slafky, Travis Short, Kyle Gabby, Travis Cox, Jeremiah Harrelson, Eric Weaver, and Steve Shawver have authorized the undersigned to accept service of the Summons and Complaint on their behalf.

Dated: December 22, 2021

**WOMBLE BOND DICKINSON (US) LLP**

*/s/Michael A. Ingersoll*
Michael A. Ingersoll (NCSB No. 52217)
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4900
Fax No. (704) 444-9979
E-mail: Mike.Ingersoll@wbd-us.com
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I filed the foregoing **ACCEPTANCE OF SERVICE** using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/Michael A. Ingersoll*