UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:21-cv-00906-LCB-LPA

| | |
|---|---|
| KA'LAH (KALAH) MARTIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREGORY SEABOLT, et al.,<br><br>　　　　　Defendants. | **ORDER ON DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

For good cause shown, the consent motion for an extension of time to respond to Plaintiff's Complaint filed by Defendants Gregory Seabolt, in his capacity as Sheriff of Randolph County, and Steven W. Myers, Edward Slafky, Travis Short, Kyle Gabby, Travis Cox, Jeremiah Harrelson, Eric Weaver, and Steve Shawver, in their individual and official capacities, is GRANTED.

Defendants have up to and including February 1, 2022, to respond to Plaintiff's Complaint.

DATED: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge