UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:21-cv-00906-LCB-LPA

KA'LAH (KALAH) MARTIN,

    Plaintiff,

v.

GREGORY SEABOLT, et al.,

    Defendants.

**NOTICE OF APPEARANCE**

Sean F. Perrin, of the law firm of Womble Bond Dickinson (US) LLP, hereby enters an appearance in this matter on behalf of all Defendants.

Dated: December 23, 2021

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I filed the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Sean F. Perrin*

2

Case 1:21-cv-00906-LCB-LPA   Document 8   Filed 12/23/21   Page 2 of 2