IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:21-cv-00906-LCB-LPA

| | |
|---|---|
| Ka'Lah (Kalah) Martin,<br><br>*Plaintiff*,<br><br>v.<br><br>Gregory Seabolt, et al,<br><br>*Defendants*. | NOTICE OF APPEAL |

Pursuant to Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure, Plaintiff Ka'Lah Martin hereby gives Notice of Appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Memorandum and Order dated April 7, 2025 (D.E. 79), by the Honorable Judge Patrick Auld denying Plaintiff's Motion for Reconsideration and Motion for New Trial (D.E. 74). Plaintiff appeals to the United States Court of Appeals for the Fourth Circuit for the following denials of Plaintiff's Second Reconsideration Motion:

1. Plaintiff's Supplementary Authority does not warrant reconsideration of the dismissal of Plaintiff's Official Capacity Claims.

2. Qualified Immunity played no role in Plaintiff's trial.

3. Plaintiff failed to raise Official Capacity claims prior to Judgment.

4. Plaintiff's contentions, whether policy, legal, or evidentiary do not warrant Rule 59 relief.

5. Plaintiff failed to justify a new trial or reconsideration of the Judgment.

1

DATED: April 21, 2025.

/s/ *Taylor Morgan Dant*
Taylor M. Dant, esq.
td@dantlegal.com
Telephone No. (719) 640 – 8493
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina  27235-9622

*Counsel for the Plaintiff*